UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ROBERT MASON,

                Petitioner,

                                              ORDER
     v.                                          06-CV-820A

R. POOL, Superintendent,

                Respondent .

---

        The above-referenced case was referred to Magistrate Judge Victor E. Bianchini pursuant to 28 U.S.C. § 636(b)(1)(B).  On April 29, 2008, Magistrate Judge Bianchini filed a Report and Recommendation, recommending that the petition for a writ of habeas corpus be dismissed as untimely.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Bianchini's Report and Recommendation, the petition for a writ of habeas corpus is denied.

        The Clerk of Court shall take all steps necessary to close the case.

        SO ORDERED.

                                    s/ *Richard J. Arcara*
                                    HONORABLE RICHARD J. ARCARA
                                    CHIEF JUDGE
                                    UNITED STATES DISTRICT COURT

DATED:  May 22   , 2008